McMORAN, O'CONNOR & BRAMLEY
A Professional Corporation
Ramshorn Executive Centre
Building D, Suite D-1
2399 Highway 34
Manasquan, New Jersey 08736
(732) 223-7711
Attorneys for Petitioner,
Charles Arentowicz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CHARLES ARENTOWICZ,                :     1:07 Civ. 6092

    Petitioner,             :

- against -                        :

CAP GEMINI ERNST & YOUNG U.S., LLC, :    **RULE 7.1 STATEMENT**

    Respondents.            :

------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for petitioner, Charles Arentowicz, (a private non-governmental party) certifies that Petitioner is a private individual and has no corporate parents, affiliates and/or subsidiaries.

        McMORAN, O'CONNOR & BRAMLEY, P.C.
        Attorneys for Charles Arentowicz

        By:_____
           DOUGLAS S. BRAMLEY (DB6951)

Dated: June 21, 2007

1