McMORAN, O'CONNOR & BRAMLEY
A Professional Corporation
Ramshorn Executive Centre
Building D, Suite D-1
2399 Highway 34
Manasquan, New Jersey 08736
(732) 223-7711
Attorneys for Petitioner,
Charles Arentowicz

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------x
                                                      :
CHARLES ARENTOWICZ,                                   :        07  Civ. 6092
                                                      :
                 Petitioner,                          :
                                                      :
        - against -                                   :        WAIVER OF SERVICE
                                                      :
CAP GEMINI ERNST & YOUNG U.S.,LLC,                    :
                                                      :
                 Respondents.                         :
                                                      :
------------------------------------------------------x
```

TO:    Gerry Silver, Esq.
        Winston & Strawn LLP
        200 Park Avenue
        42nd Floor
        New York, New York 10166

I, Gerry Silver, Esq., on behalf of Cap Gemini Ernst & Young U.S., LLC ("CGE&Y"), hereby acknowledge receipt of Petitioner's request that CGE&Y waive service of process of the Petition to Vacate Arbitration Award in the above-captioned matter, which has been filed in the United States District Court for the Southern District of New York. I have also received a copy of the Petition to Vacate Arbitration Award in this action, two (2) copies of this instrument, and a means by which I can return the signed Waiver without cost to CGE&Y.

I agree to save the cost of service of the Petition to Vacate Arbitration Award in this lawsuit by not requiring that CGE&Y, the entity on whose behalf I am acting, be served with judicial process in the manner provided by the Federal Rules of Civil Procedure.

CGE&Y retains all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the Petition to Vacate Arbitration Award or in the service of the Petition to Vacate Arbitration Award.

I understand that a judgment may be entered against CGE&Y if an answer or motion under FRCP 12 is not served upon Petitioner within sixty (60) days after the date this Waiver of Service was sent, or within ninety (90) days after that date if the request was sent outside of the United States.

Gerry Silver,Esq.
Winston & Strawn LLP
200 Park Avenue
42nd Floor
New York, New York  10166
Attorneys for Respondent,
Cap Gemini Ernst & Young, U.S., LLC

Dated: