| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Electronically Filed |
| CHARLES ARENTOWICZ, | 07-cv-6092 (LAP)(RLE) |
| Plaintiff, | |
| -against- | |
| CAP GEMINI ERNST & YOUNG U.S., LLC, | **NOTICE OF APPEARANCE** |
| Defendant. | |

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance in the above-captioned action as counsel of record on behalf of Defendant Capgemini U.S. LLC, formerly known as Cap Gemini Ernst & Young U.S. LLC, and requests that copies of all papers in this action be served upon the undersigned.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       July 19, 2007

                                                        s/ Gerald D. Silver\_\_\_\_
                                                      Gerald D. Silver

                                                      WINSTON & STRAWN, LLP
                                                      200 Park Avenue
                                                      New York, New York 10166
                                                      (212) 294-6627
                                                      gsilver@winston.com

                                                       *Attorneys for Defendant Capgemini U.S.*
                                                       *LLC, formerly known as*
                                                       *Cap Gemini Ernst Young U.S. LLC*

TO:

Douglas S. Bramley, Esq.
MCMORAN O'CONNOR & BRAMLEY
Bldg. D, Suite D-1
2399 Highway 34
Manasquan, New Jersey 08736
(732)-223-7711
Email: dbramley@mcmoranlaw.com