UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
CHARLES ARENTOWICZ,                                          :   07 Civ. 6092 (LAP)
                                                             :
                Petitioner,                     :   RULE 7.1 DISCLOSURE STATEMENT
                                                             :
                v.                              :
                                                             :
CAP GEMINI ERNST & YOUNG, U.S., LLC,                         :
                                                             :
                Respondent.                    :
------------------------------------------------------------ x

        Respondent Capgemini U.S. LLC, formerly known as Cap Gemini Ernst & Young U.S. LLC, states that it is indirectly owned 100% by Cap Gemini S.A., a French public company (traded on the Paris Stock Exchange).

Dated:  New York, New York
         September 4, 2007

                                                                  WINSTON & STRAWN LLP

                                                     By:  S/Gerald D. Silver
                                                           Gerald D. Silver
                                                           200 Park Avenue
                                                           New York, NY  10166
                                                           (T) (212) 294-6627
                                                           (F) (212) 294-4700

                                                 Attorneys for Respondent
                                                   Capgemini U.S. LLC

**NY:1133340.1**