McMORAN, O'CONNOR & BRAMLEY
A Professional Corporation
Ramshorn Executive Centre
Building D, Suite D-1
2399 Highway 34
Manasquan, New Jersey 08736
(732) 223-7711
Attorneys for Petitioner,
Charles Arentowicz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| CHARLES ARENTOWICZ, | 07 Civ. 6092 (LAP) |
| Petitioner, | ECF Case |
| - against - | |
| CAP GEMINI ERNST & YOUNG U.S., LLC, | **RESPONSE TO COUNTERCLAIM** |
| Respondents. | |

-----------------------------------------------------------x

Petitioner Charles Arentowicz ("Arentowicz"), by his undersigned attorneys, responds to the First Counterclaim dated September 4, 2007 (the "Counterclaim") of Respondent Capgemini U.S. LLC, formerly known as Cap Gemini Ernst & Young U.S. LLC ("Respondent"), as follows:

1. In response to paragraph 34 of the Counterclaim, Arentowicz repeats and realleges each and every allegation set forth in paragraphs 1 through 32 of Arentowicz's Petition to Vacate Arbitration Award dated June 26, 2007.

2. Arentowicz denies the allegations set forth in paragraph 35 of the Counterclaim.

WHEREFORE, Arentowicz respectfully requests that the Court: (i) deny Respondent's request for an order confirming the Final Award; (ii) vacate the Final Award of Arbitrators Rosemary Townley, Esq. and Alfred Feliu, Esq., dated April 4, 2007; (iii) direct the arbitration

Panel, on remand, find in favor of Arentowicz on his NJLAD claim as a matter of law; (iv) direct the arbitration Panel, on remand, to determine damages, including attorney's fees; and (v) award such other and further relief as the Court deems just and proper.

                    McMORAN, O'CONNOR & BRAMLEY, P.C.
                    Ramshorn Executive Centre
                    2399 Highway 34
                    Bldg. D, Suite D-1
                    Manasquan, New Jersey 08736
                    (732) 223-7711
                    Attorneys for Charles Arentowicz

By: S/Douglas S. Bramley
    DOUGLAS S. BRAMLEY (DB6951)

Dated: September 5, 2007