McMORAN, O'CONNOR & BRAMLEY
A Professional Corporation
Ramshorn Executive Centre
Building D, Suite D-1
2399 Highway 34
Manasquan, New Jersey 08736
(732) 223-7711
Attorneys for Petitioner,
Charles Arentowicz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CHARLES ARENTOWICZ,

                Petitioner,

- against -

CAP GEMINI ERNST & YOUNG U.S.,LLC,

                Respondents.

------------------------------------------------------------x

07 Civ. 6092 (LAP)

ECF Case

**NOTICE OF MOTION TO VACATE ARBITRATION AWARD**

TO:    Gerry Silver, Esq.
         Winston & Strawn LLP
         200 Park Avenue, 42nd Floor
         New York, New York  10166

PLEASE TAKE NOTICE THAT, upon the accompanying certification of Bruce P. McMoran, Esq., and Memorandum of Law in Support of this Motion, petitioner Charles Arentowicz hereby moves for an Order vacating the Final Award of Arbitrators Rosemary Townley, Esq. and Alfred G. Feliu, Esq., dated April 4, 2007, because it was rendered in manifest disregard of the law, and granting such other relief as the Court may deem just and proper. A proposed Order is filed herewith.

PLEASE TAKE FURTHER NOTICE THAT, petitioner Charles Arentowicz requests oral argument pursuant to Local Civil Rule 6.1(c).

> McMORAN, O'CONNOR & BRAMLEY, P.C.
> Ramshorn Executive Centre
> 2399 Highway 34
> Bldg. D, Suite D-1
> Manasquan, New Jersey 08736
> (732) 223-7711
> Attorneys for Charles Arentowicz
>
>
> By: s/ Douglas S. Bramley
>     DOUGLAS S. BRAMLEY (DB6951)

Dated: September 10, 2007

## CERTIFICATION

I hereby certify that on September 10, 2007, I caused to be served by electronic filing and Federal Express the within Notice of Motion, certification of Bruce P. McMoran, Esq., accompanying Memorandum of Law in Support of this Motion, and proposed form of Order upon the United States District Court, Southern District of New York, and Gerry Silver, Esq., counsel for Cap Gemini Ernst & Young, U.S. LLC.

By: s/ Douglas S. Bramley
DOUGLAS S. BRAMLEY (DB6951)

Dated: September 10, 2007