McMORAN, O'CONNOR & BRAMLEY
A Professional Corporation
Ramshorn Executive Centre
Building D, Suite D-1
2399 Highway 34
Manasquan, New Jersey 08736
(732) 223-7711
Attorneys for Petitioner,
Charles Arentowicz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

CHARLES ARENTOWICZ, : 07 Civ. 6092 (LAP)
:
Petitioner, : ECF Case
:
- against - : **CERTIFICATION OF**
: **BRUCE P. McMORAN**
CAP GEMINI ERNST & YOUNG U.S., LLC, :
:
Respondents. :
:
-------------------------------------------------------------x

**BRUCE P. McMORAN**, of full age, upon his oath, deposes and says:

1. I am a shareholder in the law firm of McMoran, O'Connor & Bramley, P.C., counsel to petitioner Charles Arentowicz ("Arentowicz"), and an attorney admitted to practice law in New York. I am one of the attorneys responsible for the daily handling of this matter and am fully aware of the relevant facts.

2. This certification is submitted in support of Arentowicz's motion to vacate the Final Award of Arbitrators Rosemary Townley, Esq. and Alfred G. Feliu, Esq., dated April 4, 2007, because it was rendered in manifest disregard of the law.

3. A true and accurate copy of the Pre-Hearing Brief on behalf of Charles Arentowicz is attached hereto as Exhibit A.

4. A true and accurate copy of the Pre-Hearing Brief on behalf of Cap Gemini Ernst & Young U.S. LLC ("CGE&Y") is attached hereto as Exhibit B

5. True and accurate copies of the arbitration hearing transcripts from December 4, 5 and 6, 2006 are attached hereto as Exhibit C.

6. A true and accurate copy of the Post-Hearing Brief on behalf of Charles Arentowicz is attached hereto as Exhibit D.

7. A true and accurate copy of the Post-Hearing Brief on behalf of CGE&Y is attached hereto as Exhibit E.

8. A true and accurate copy of the Post-Hearing Reply Brief on behalf of Charles Arentowicz is attached hereto as Exhibit F.

9. A true and accurate copy of the Post-Hearing Reply Brief on behalf of CGE&Y is attached hereto as Exhibit G.

10. A true and accurate copy of the April 4, 2007 Final Award by Arbitrators Townley and Feliu is attached hereto as Exhibit H.

11. A true and accurate copy of the April 4, 2007 Dissenting Opinion by Arbitrator Maltby is attached hereto as Exhibit I.

12. A true and accurate copy of the Curriculum Vitae of Rosemary A. Townley, Esq., as provided by the American Arbitration Association, is attached hereto as Exhibit J.

13. A true and accurate copy of the Curriculum Vitae of Alfred Feliu, Esq., as provided by the American Arbitration Association, is attached hereto as Exhibit K.

14. True and accurate copies of all exhibits admitted into evidence at the hearing on behalf of Charles Arentowicz are provided herewith in a separately bound exhibit book as Exhibits R-1 to R-65.

15. True and accurate copies of all exhibits admitted into evidence at the hearing on behalf of CGE&Y are provided herewith in a separately bound exhibit book as Exhibits CG-1 to CG-47.

I hereby certify that the foregoing statements made by me are true and accurate to the best of my knowledge. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

                By: s/ Bruce P. McMoran
                     BRUCE P. McMORAN (BM1809)

Dated: September 10, 2007

McMORAN, O'CONNOR & BRAMLEY
A Professional Corporation
Ramshorn Executive Centre
Building D, Suite D-1
2399 Highway 34
Manasquan, New Jersey 08736
(732) 223-7711
Attorneys for Petitioner,
Charles Arentowicz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CHARLES ARENTOWICZ,     :     07 Civ. 6092 (LAP)
                        :
        Petitioner,     :     ECF Case
                        :
     - against -        :
                        :     NOTICE OF PERMISSION
CAP GEMINI ERNST & YOUNG U.S.,LLC,  :  TO FILE EXHIBITS AND
                        :     ATTACHMENTS IN HARD
        Respondents.    :     COPY FORM
                        :
------------------------------------------------------------x

By Order dated August 15, 2007, the Hon. Loretta A. Preska, U.S.D.J. granted petitioner Charles Arentowicz ("Petitioner") permission to serve and file the attachments and exhibits to his Motion to Vacate Arbitration Award in hard copy form. Therefore, Exhibits A through K to the Certification of Bruce P. McMoran, Esq., as well as: (a) exhibits admitted into evidence at the arbitration hearing on behalf of Petitioner, Exhibits R-1 to R-65; and (b) exhibits admitted into evidence at the arbitration hearing on behalf of Cap Gemini Ernst & Young U.S. LLC, Exhibits CG-1 to CG-47, have not been filed electronically.

The exhibits and attachments to Petitioner's Motion to Vacate Arbitration Award have been filed separately in hard copy form with the Clerk, Southern District of New York, and have been served on counsel for Cap Gemini Ernst & Young U.S. LLC, Gerald Silver, Esq. via

Federal Express. Courtesy copies of these exhibits and attachments have also been provided to the Hon. Loretta A. Preska, U.S.D.J.

                        McMORAN, O'CONNOR & BRAMLEY, P.C.
                        Ramshorn Executive Centre
                        2399 Highway 34
                        Bldg. D, Suite D-1
                        Manasquan, New Jersey  08736
                        (732) 223-7711
                        Attorneys for Charles Arentowicz

                        By:  s/ Douglas S. Bramley
                              DOUGLAS S. BRAMLEY (DB6951)

Dated: September 10, 2007