McMORAN, O'CONNOR & BRAMLEY, P.C.
Ramshorn Executive Centre
Building D, Suite D-1
2399 Highway 34
Manasquan, New Jersey 08736
(732) 223-7711
Attorneys for Petitioner,
Charles Arentowicz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| CHARLES ARENTOWICZ, | 07 Civ. 6092 (LAP) |
| Petitioner, | ECF Case |
| - against - | |
| | ORDER |
| CAP GEMINI ERNST & YOUNG U.S., LLC, | |
| Respondents. | |

------------------------------------------------------------x

THIS MATTER having been opened to the Court by McMoran, O'Connor & Bramley, P.C., counsel for Petitioner Charles Arentowicz, by way of Notice of Motion, and the Court having considered the submissions of the parties on the motion, and it appearing that vacation of the Final Award of Arbitrators Rosemary Townley, Esq. and Alfred Feliu, Esq., dated April 4, 2007, is appropriate under the circumstances of this case, and for good cause shown;

IT IS on this _____ day of _____, 2007

ORDERED that the Final Award of Arbitrators Rosemary Townley, Esq. and Alfred Feliu, Esq., dated April 4, 2007, is hereby vacated; and

IT IS FURTHER ORDERED that this matter is remanded to the Arbitration Panel with instructions to: (a) find in favor of Charles Arentowicz on his claim under the New Jersey Law

Against Discrimination, N.J.S.A. 10:5-1, *et. seq.*, as a matter of law; and (b) determine damages, including attorney's fees.

_____
Hon. Loretta A. Preska, U.S.D.J.