UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                                                  :

CHARLES ARENTOWICZ,                 :         07 Civ. 6092 (LAP)

                                                                              :

                       Petitioner,         :         NOTICE OF CROSS-MOTION

                                                                               :

                                 v.                                           :

CAP GEMINI ERNST & YOUNG, U.S., LLC,  :

                                                                               :

                     Respondent.    :
------------------------------------------------------------ x

        PLEASE TAKE NOTICE that upon the annexed affidavit of Gerald D. Silver, Esq., sworn to on September 25, 2007, Capgemini's Memorandum of Law In Opposition to Arentowicz's Motion to Vacate the Arbitration Award and In Support of Capgemini's Cross-Motion To Confirm The Award submitted herewith, the exhibits and papers submitted by Petitioner Charles Arentowicz ("Arentowicz") in support of his motion to vacate, and all prior pleadings and proceedings had herein, respondent Capgemini U.S. LLC, formerly known as Cap Gemini Ernst & Young U.S. LLC, hereby cross-moves this Court before the Honorable Loretta A. Preska, at the United States Courthouse, 500 Pearl Street, New York, New York, in Room 12A, as soon as counsel may be heard, for (i) an Order, pursuant to Federal Arbitration Act § 9 (9 U.S.C. § 9), confirming the Final Arbitration Award rendered on or about April 4, 2007 in the

proceeding entitled Cap Gemini Ernst & Young U.S. LLC v. Arentowicz; and (ii) such other and further relief as the Court deems just and proper.

Dated: New York, New York
September 25, 2007

        WINSTON & STRAWN LLP

        By: s/Gerald D. Silver
           Gerald D. Silver
           200 Park Avenue
           New York, NY 10166
           (T) (212) 294-6627
           (F) (212) 294-4700

        Attorneys for Respondent
           Capgemini U.S. LLC

TO: Douglas S. Bramley, Esq.
     MCMORAN, O'CONNOR & BRAMLEY
     Ramshorn Office Centre
     Bldg. D, Suite D-1
     2399 Highway 34
     Manasquan, NJ 08736
     (T) (732) 758-8181
     (F) (732) 758-8102

     Attorneys for Petitioner
     Charles Arentowicz

NY:1137300.1