UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

CHARLES ARENTOWICZ,                         :     07 Civ. 6092 (LAP)
                                            :
                              Petitioner,   :     AFFIDAVIT OF GERALD D. SILVER
                                            :
              v.                            :
                                            :
CAP GEMINI ERNST & YOUNG, U.S., LLC,        :
                                            :
                              Respondent.   :
------------------------------------------------------------ x

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

   GERALD D. SILVER, being duly sworn, deposes and says:

   1. I am a member of Winston & Strawn LLP, attorneys for respondent Capgemini U.S. LLC, formerly known as Cap Gemini Ernst & Young U.S. LLC ("Capgemini"). I submit this affidavit in support of Capgemini's cross-motion to confirm the Final Arbitration Award dated April 4, 2007 (the "Award") in the arbitration proceeding entitled <u>Cap Gemini Ernst & Young U.S. LLC v. Arentowicz</u> (the "Arbitration"). I am fully familiar with the prior proceedings of this action.

   2. A true and correct copy of the Award, with dissenting opinion, is annexed hereto as Exhibit A.

   3. A true and correct copy of Petitioner's Complaint/Demand for Arbitration, which Capgemini submitted in the Arbitration as Capgemini Exhibit 40 but was for some reason omitted from Petitioner's filing of exhibits, is annexed hereto as Exhibit B.

                                                                      _____
                                                                           Gerald D. Silver

Sworn to before me this
25th day of September, 2007.

_____
Notary Public


MARITZA TORRES
Notary Public, State of New York
No. 01TO5065523
Qualified in Queens County
Commission Expires Nov. 4, 2008

2