USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHARLES ARENTOWICZ,

               Petitioner,

     -against-

CAP GEMINI ERNST & YOUNG, U.S. LLC,
               Respondent.
-----------------------------------------------------------X

07 CIVIL 6092 (LAP)

**JUDGMENT**

     Petitioner having moved to vacate an arbitration award; respondent having cross-moved to confirm arbitration, and the matter having been brought before the Honorable Loretta A. Preska, United States District Judge, and the Court, on November 16, 2007, having issued its Order denying petitioner's motion to vacate the award and granting respondent's motion to confirm arbitration, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 16, 2007, petitioner's motion to vacate the award is denied and respondent's motion to confirm arbitration is granted; accordingly, the case is closed and all pending motions are denied as moot.

**Dated:** New York, New York
          November 19, 2007

                                              **J. MICHAEL MCMAHON**
                                                 Clerk of Court
                        BY:
                                                     Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____