**PRO SE OFFICE**

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213


U.S. DISTRICT COURT FILED JAN 0 8 2008 S.D. OF N.Y.

-----------------------------------X
ARENTOWICS
    -v-
CAP GEMINI ERNST + YOUNG
U.S., LLC
-----------------------------------X

NOTICE OF APPEAL

07 civ. 6092 (LAP)

Notice is hereby given that **CHARLES ARENTOWICZ** (party) hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it] OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK BY JUDGE PRESKA DENYING THE MOTION TO VACATE THE ARBITRATION AWARD AND GRANTING CAP GEMINI'S MOTION TO CONFIRM THE AWARD

entered in this action on the __19__ day of __NOVEMBER__, __2007__.

_Charles Arentowicz_ (Signature)

605 HERITAGE ROAD (Address)

MILLINGTON, NJ 07946-1618 (City, State and Zip Code)

Date: 12/29/07

(908) 313-7805 (Telephone Number)

Note: You may use this form to take an appeal provided that it is received by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

FORM 1

APPEAL FORMS
Docket Support Unit

Revised: March 4, 2003