



605 Heritage Road
Millington, NJ 07946
January 28, 2008

Judge Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1213

Certified No. 7006 0810 0006 4498 4300

Re: Arentowics vs. Cap Gemini Ernst & Young U.S. LLC, 07 civ. 6092 (LAP)

Dear Judge Preska:

This letter is in response to a document I received on Saturday, January 26, 2008 through the regular mail.

I believe there were a number on discrepancies in the document. First, Form 1 - NOTICE OF APPEAL and Form 2 - MOTION FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL as required pursuant to the requirements of the United States District Court, Southern District of New York were dated December 29, 2007 and received by the Office of the Clerk, United States District Court on January 2, 2008 as documented via Certified Article Number: 7007 0220 0003 1874 5802.

I am representing myself in appealing the above case to the United States Court of Appeals for the Second Circuit. I do not have access to the legal cases nor the legal experience to know the timing of decisions for the appeal process. Therefore, I am asking to re-consider the circumstance surrounding my request for extension of appeal. I do not believe under the circumstances since I was not informed by my prior lawyers about the thirty (30) time period and I am a lay person representing myself, this lack of knowing is in fact an excusable neglect. I believe all the cases you cited in the document involved cases where the respondents were in fact represented by a lawyer which I am not.

However, I am familiar with second opinions when facing major medical decisions. Most top physicians welcome the opportunity for second opinions given their confidence in their professional recommendations. Therefore, I request this same professionalism in considering a lay persons request in this case.

Judge Loretta A. Preska

January 28, 2008
Page 2

Thanks in advance for your time in advance in this very serious matter for me.

Very truly yours,

*Charles Arentowicz*

Charles Arentowicz


Attachments


Construing the above as a motion to re-argue, the motion is denied.

February 4, 2008

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE