

**MANDATE**

S.D.N.Y. - NYC
07-cv-06092
Preska, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

———————————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 26th day of March, two thousand eight,

Present:

> Hon. Wilfred Feinberg,
> Hon. Peter W. Hall,
> > *Circuit Judges,*
> Hon. Leonard B. Sand,[*]
> > *District Judge.*



UNITED STATES COURT OF APPEALS
FILED
MAR 2 6 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

———————————

Charles Arentowicz,

> *Plaintiff-Appellant,*

v.

08-0507-cv

Cap Gemini Ernst & Young U.S., LLC,

> *Defendant-Appellee.*

———————————

This Court has determined *sua sponte* that the notice of appeal was untimely filed. Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED for lack of jurisdiction. *See* Fed. R. App. P. 4(a)(1); *Bowles v. Russell*, __ U.S. __, 127 S.Ct. 2360, 2366 (2007).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

**A TRUE COPY**
Catherine O'Hagan Wolfe, Clerk

by _____
**DEPUTY CLERK**

By: _____

———————————

[*]The Honorable Leonard B. Sand, United States District Court for the Southern District of New York, sitting by designation.

SAO-JAR

JUDGMENT MANDATE: ISSUED: MAY 0 8 2008